D/WI Prob 22
(Rev 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Trans. Court)**
0757 2:21CR00223 - 7

**DOCKET NUMBER (Rec. Court)**
2:25-cr-00266-APG-DJA-1

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Dejan Zoric | Eastern District of Wisconsin | Milwaukee |

**ADDRESS** From: 2024-01-01 To: 2025-01-09

7814 W. Homage Way
Las Vegas, NV 89117

**NAME OF SENTENCING JUDGE**
U.S. District Judge Brett H. Ludwig

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | 8/14/2025 | 8/13/2025 |

**OFFENSE**
MISPRISON OF FELONY

**JUSTIFICATION/REASON FOR TRANSFER** (eg., prosocial ties, employment/education opportunities, violation of supervision)
(See the attached Request to Transfer Jurisdiction memorandum)

☑ FILED ☐ RECEIVED
☐ ENTERED ☐ SERVED ON

AUG 28 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8-28-25
Date

Brett H. Ludwig
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 2, 2025
Effective Date

United States District Judge

Page 1 of 1

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Dejan Zoric

Case No.: TO BE ASSIGNED

REQUESTING ACCEPTANCE OF JURISDICTION

August 28, 2025

TO: United States District Judge

On December 9, 2024, Zoric was sentenced in the Eastern District of Wisconsin by the Honorable Brett H. Ludwig to one (1) year and one (1) day custody followed by 1 year of supervised release for committing the offense of Misprision of a Felony. Zoric is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of his supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Judge Brett H. Ludwig, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by Cecil McCarroll
Date: 2025.08.28 16:02:26 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Amberleigh Barajas
Date: 2025.08.28 14:28:24 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer